JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMAL IBRAHIM, an individual, | Case No. 8:17-cv-02186-JLS-JDE |
| Plaintiff, | **ORDER ENTERING STIPULATION OF DISMISSAL** |
| vs. | Hon. Josephine L. Staton |
| SPRINT/UNITED MANAGEMENT COMPANY d/b/a SPRINT CORPORATION, a Kansas corporation; and DOES 1-10, | |
| Defendants. | |

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | The Court, having considered the Stipulation of the Parties to Dismiss this matter |
| 3 | with prejudice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT |
| 4 | IS HEREBY ORDERED that the case is dismissed with prejudice with each party to |
| 5 | bear his/its own attorneys' fees and costs. The Court will retain jurisdiction to |
| 6 | enforce the Agreement reached between the parties. |
| 7 | **IT IS SO ORDERED**. |

Date: September 18, 2018

Hon. Josephine L. Staton
United States District Judge